W. G. McClelland, Plaintiff in Error, v. Consolidated Land Company, a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for Highlands County.

Writ of Error dismissed on motion of counsel for the respective parties.

*W. D. Bell,* for Plaintiff in Error.

*Treadwell & Treadwell,* for Defendant in Error.

---

K. J. Frazier, et al., Appellants, v. Maude E. Brickell, et al., as Executors, Appellees.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellants.

*R. B. Gautier,* for the motion.

---

R. M. Glazier and E. L. Brown, Appellants, v. A. B. Wing, Appellee.

An Appeal from the Circuit Court for Manatee County.

Appeal dismissed on motion of counsel for the respective parties.

*Dewey A. Dye* and *F. M. DeVane,* for Appellants.

*W. B. Shelby Crichlow* and *Fred T. Saussy,* for Appellee.